LAWRENCE J. PELLETIER, JR. *v.* WARDEN

The petition of the petitioner Lawrence J. Pelletier, Jr., for certification for appeal from the Appellate Court, 32 Conn. App. 38 (AC 11479), is denied.

*Lori Welch-Rubin,* special public defender, in support of the petition.

Decided September 15, 1993

ROBERT E. HULL *v.* WARDEN, STATE PRISON

The petitioner Robert E. Hull's petition for certification for appeal from the Appellate Court, 32 Conn. App. 170 (AC 11462), is denied.

*Paula Mangini Montonye,* assistant public defender, in support of the petition.

*Jacqueline J. Footman,* assistant state's attorney, in opposition.

Decided September 15, 1993

STATE OF CONNECTICUT *v.* ISIDRO RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 193 (AC 10974), is denied.

*Auden Grogins,* special public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided September 15, 1993